EMMA TESLER, Appellant, v. CHARLES W. TESLER, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

DAVID I. NALITT, Appellant, v. MACH REALTY CORPORATION, Respondent, Impleaded with Others, Defendants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SEYMOUR MORK, Respondent, v. THOMAS DODD, Defendant, Impleaded with GEORGE ZIMMERMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of GRACE HUXFORD CONOVER, Individually and as Executrix, etc., of FRANK JACKSON CONOVER, Deceased, Appellant, for a Mandamus Order against SINCLAIR & VALENTINE Co., INC., Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of LAURA A. SKINNER, as Committee of the Person of MARY E. BRYANT, an Incompetent Person, Respondent, for Approval of Her Accounts to Date, Fixing Her Compensation, etc. THE EQUITABLE TRUST COMPANY OF NEW YORK, as Committee of the Property of MARY E. BRYANT, an Incompetent Person, Appellant.— Order modified by reducing the amount awarded to the committee of the person for service and disbursements to the sum of $500, and by reducing the amount awarded to the attorney for said committee for services to the sum of $250; and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

REICH GARAGE, INC., Appellant, v. ONEZ REALTY Co., INC., Respondent, Impleaded with Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THEMIS PAVLOU, Respondent, v. MARYLAND CASUALTY COMPANY, Appellant, Impleaded with Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CHARLES F. NIRDLINGER, Respondent, v. FLORENZ ZIEGFELD, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ARTHUR E. LEOPOLD and Another, Copartners, etc., Respondents, v. JOHN H. MEYER & Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

AUGUSTA LANDES, Appellant, v. LEONARD LANDES, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.